IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY KARCSH and** : | |
| **JULIANN KARCSH,** : | |
| Plaintiffs. : | |
| : | |
| v. : | **CIV. NO. 10-4965** |
| : | |
| **BOARD OF DIRECTORS VENTURA** : | |
| **COUNTRY CLUB COMMUNITY** : | |
| **HOMEOWNERS ASSOCIATION,** : | |
| Defendant. : | |

**Diamond J.**                                                                                                 **May 4, 2011**

## ORDER

**AND NOW**, this 4th day of May, 2011, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and for Improper Venue *(Doc. No. 6)* and related filings *(Doc. Nos. 8, 9, & 11)*, it is hereby **ORDERED** as follows:

1) This action is **TRANSFERRED** to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a);

2) Defendant's Motion to Dismiss *(Doc. No. 6)* is **DENIED as moot**; and

3) The Clerk of Court shall close this case for statistical purposes.

                                                             **IT IS SO ORDERED.**

                                                             */s/ Paul S. Diamond*

                                                            _____

                                                             **Paul S. Diamond, J**.